**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Secure Matrix LLC, | § | |
| | § | |
| Plaintiff / Counter-Defendant, | § | |
| | § | |
| | § | CASE NO. 2:25-CV-00004-RWS-RSP |
| vs. | § | |
| | § | |
| Penney OpCo LLC | § | Jury Trial Demanded |
| | § | |
| Defendant / Counter-Plaintiff. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Blake T. Dietrich of the law firm of Jackson Walker LLP

files this notice of appearance for Defendant Penney OpCo, LLC and is authorized to receive

service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf

of Defendant, and requests CM/ECF notification of filings in this case.

Dated:  March 24, 2025

Respectfully submitted,

**JACKSON WALKER LLP**


By: */s/ Blake T. Dietrich*
    Nathaniel St. Clair, II
    State Bar No. 24071564
    nstclair@jw.com
    Blake T. Dietrich
    State Bar No. 24087420
    bdietrich@jw.com
    2323 Ross Avenue, Suite 600
    Dallas, Texas 75201
    (214) 953-6000
    (214) 953-5822 – Fax

    Melissa Samano Ruiz
    State Bar No. 24128097
    mruiz@jw.com
    100 Congress Avenue, Suite 1100
    Austin, TX 78701
    (512) 236-2000
    (512) 236-2002 – Fax

**COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF PENNEY OPCO LLC**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on March 24, 2025, on all counsel of record by CM/ECF.


*/s/ Blake T. Dietrich*
Blake T. Dietrich

- 2 -